AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bucklew, Susan C | 2. Court or Organization<br><br>U.S. Dist. Ct. Mid. Dist.Fl. | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Ave. Suite 1430<br>Tampa, Fl. 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director-stockholder | Cawthon Oil Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/1/1996 | State of Florida--Retirement |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 21 P 12: 00
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida---Division of Retirement | $ 36,675.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bucklew, Susan C | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America (formerly Nations Bank) | Mortgage--Rental Property, Tampa, Fl. | J |
| 2. | Suncoast Schools Credit Union | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property---Tampa FL Assessed value $404,950.00 | D | Rent | N | S | | | | | |
| 2. Cawthon Oil Co, ▮▮▮▮ owned Corporation | D | Dividend | M | U | | | | | |
| 3. ING Deferred Compensation Plan | E | Dividend | N | T | | | | | |
| 4. ----Oppenheimer Main Street Fund A | | | | | | | | | |
| 5. ----American Balanced Fund R-4 | | | | | | | | | |
| 6. ----ING GNMA Income Fund- A | | | | | | | | | |
| 7. ----New Prospective Fund Class R-4 | | | | | | | | | |
| 8. ----ING Plus MidCap Fund A | | | | | | | | | |
| 9. ----Baron Growth Fund | | | | | | | | | |
| 10. ----The Growth Fund of America -A | | | | | | | | | |
| 11. ----Scudder Equity 500 Index. Fund Inv. | | | | | Sold | 01/01 | J | | |
| 12. ----DWS Equity 500 Index Fd-S | | | | | Buy | 01/01 | J | | |
| 13. ----Lord Abbett Affiliated Fund A | | | | | | | | | |
| 14. Wachovia Command Money Sweep Funds | A | Interest | K | T | | | | | |
| 15. General Motors Acceptance Global Notes B | A | Dividend | | | Sold | 01/17 | K | | |
| 16. Diamonds Trust 1 Unit Ser 1 | A | Dividend | J | T | | | | | |
| 17. IShares TR-S&P Smallcap 600 Value Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| FD | | | | | | | | | |
| 18. IShares TR Russell 1000 Growth Index FD | A | Dividend | J | T | | | | | |
| 19. IShares TR-S&P Mid cap 400 Value Index FD | A | Dividend | J | T | | | | | |
| 20. IShares S&P Midcap Growth Indes Fund | A | Dividend | J | T | | | | | |
| 21. IShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 22. IShares TR S&P Smallcap 600/Barra Growth Index FD | A | Dividend | J | T | | | | | |
| 23. IShares TR S&P 500 Index FD | A | Dividend | J | T | | | | | |
| 24. IShares TR-Russell 1000 Value Index FD | A | Dividend | J | T | | | | | |
| 25. IShares TR MSCI Emerging Markets INdex | A | Dividend | J | T | | | | | |
| 26. Lehman Brothers Bank CD | A | Interest | | | Redeemed | 7/20 | J | | |
| 27. GMAC Automotive Bank CD | A | Interest | J | T | | | | | |
| 28. Columbia Acorn Fund Class A | A | Dividend | J | T | | | | | |
| 29. Davis New York Venture Fund CL A | A | Dividend | J | T | | | | | |
| 30. IRA | B | Dividend | K | T | | | | | |
| 31. ---Calamos Growth Fund Class A | | | | | | | | | |
| 32. ---Causeway INTL Value Fund INS SHS | | | | | | | | | |
| 33. ---FMI FDS Focus Fund | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ---Goldman Sachs TR FINL Square MMKT FD CL1 | | | | | Sold | 10/20 | J | | |
| 35. ---Harbor Small CAP Value Institutional | | | | | | | | | |
| 36. ---Janus INVT FD Mid Cap Value FD INSTL SHS | | | | | | | | | |
| 37. ---Julius Baer INVT FDS INTL Equity FD CL 1 | | | | | | | | | |
| 38. ---Legg Mason Value Trust Tr INC NAV Value Trust | | | | | | | | | |
| 39. ---Pimco FDS PAC INVT MGMT Ser Total Return FD INSTL Cl | | | | | | | | | |
| 40. ---TCW Galileo FDS INC Select Equities FD CL 1 | | | | | | | | | |
| 41. ---Touchstone Small Cap Growth FD Cl-1 | | | | | Sold | 8/14 | J | | |
| 42. ---Cambiar Opportunity FD | | | | | | | | | |
| 43. ---Vanguard/Windsor Fund Inc Vanguard/Windsor 11 Portfolio | | | | | Sold | 6/21 | J | | |
| 44. ---Wt Mut Fd CRM Mid Cap Value FD INSTL | | | | | | | | | |
| 45. ---Western Asset Core Bond FD CL-1 | | | | | | | | | |
| 46. ---Blackrock Funds Large Cap Value FD CL A | | | | | Buy | 622 | J | | |
| 47. ---Kinetics Paradigm Fund-Inst | | | | | Buy | 6/22 | J | | |
| 48. ----Cambiar Conquistador Investor Class | | | | | Buy | 8/15 | J | | |
| 49. ---Forward FDS Inc Hover Mini Cap FD Instl CL | | | | | Buy | 8/15 | J | | |
| 50. ---Hartford Fortis Funds Small Cap Growth | | | | | Buy | 8/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II: The date listed is the date I began drawing retirement from the state of Florida.

PART VII: Line 1. The appraisal of the rental property in Tampa Florida is based on the county property appraiser's assessment in 2006.

PART VII Line 28 On last year's report I incorrectly reflected that Columbia Acorn Fund Class A which is a mutual fund was sold on 7-13 when it should have only reflected a partial sale. I still own some of the fund.
PART VII Line 29 On last year's report I incorrectly reflected that Davis New York Venture Fund CL. A which is a mutual fund was sold on 7-13 when it should have only reflected a partia sale. I still own some of the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur █████████████████████████ Date 5-14·2007

NOTE: ██████████████████████████ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544